# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:18-bk-05614-CPM
Chapter 13

Douglas E. Hill
Diana M. Hill

   Debtor.
_____/

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY

> **A preliminary hearing in this case will be held on November 15, 2023 at 2:15 *pm* before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, in Courtroom 8B, Tampa, Florida. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court call at the following number 866-582-6878 by 5:00 p.m. the business day preceding the hearing.**

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1. The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on July 6, 2018.

2. On March 29, 2022, the Court entered an Order Granting Debtors' Amended Motion to Approve Inheritance from the Edward T. Hill and Betty M. Hill Revocable Trust (Doc. No. 58). The Order Granting Debtors' Amended Motion to Approve Inheritance from the Edward T. Hill and Betty M. Hill Revocable Trust provided that **the Debtors may retain the settlement amount of $33,513.65 and shall turnover proof of expenses to the Chapter 13 Trustee as listed in paragraph 5 of Debtors' Motion: capital gains tax, transmission for 2011 Chevy Malibu, medical debt incurred by Diana Hill and Diana Hill's glaucoma eye**

surgery. The Debtors shall update the Chapter 13 Trustee every six (6) months. Any funds not used for the expenses listed in the motion must be turned over to the Chapter 13 Trustee, in addition to Debtors' ongoing payments.

3. On August 1, 2023, the Trustee's office sent a letter to the Debtors and Debtors' attorney requesting proof of expenses. On September 11, 2023, the Trustee's office received receipts in the amount of $15,050.56. As of the date of this motion, no proof of expenses have been received for the remaining balance of $18,463.09.

4. It appears as though the Debtors have failed to comply with the Order Granting Debtors' Amended Motion to Approve Inheritance from the Edward T. Hill and Betty M. Hill Revocable Trust to provide proof of expenses for the balance of $18,463.09.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire
Staff Attorney for Chapter 13 Trustee
Florid Bar Number 14123
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:    (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Douglas E. Hill and Diana M. Hill**, Debtors, 1470 Long Spur, Odessa, FL 33556 and **Jay M. Weller, Esquire**, Attorney for Debtors, c/o Weller Legal Group, Inc., 25400 US Hwy 19 North, Suite 150, Clearwater, FL 33763 on this 2nd day of October 2023.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire

JMW/KRM/ss